**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**
**25-cv-36 SE - TSM**

Randall S. Collier
Plaintiff

V

NH Circuit Court Family Division et al
Respondents

February 3, 2025

## Motion to Recuse Judge Saint-Marc and Judge Elliot from Habeas Corpus Hearing. Motion to also Recuse Vincent the case manager due to his inept attitude and unprofessionalism on the phone at 0900 Feb 3 2025.

**First and foremost,** I just spoke with Vincent on the phone, my case manager and he said I wasn't asking any productive questions. Apparently productive questions related to corrupt Bar members in the Judiciary committing child abuse is not productive enough for him. He stated "we are not gonna get anywhere". This ignorant fool just proved my case. I asked why it has been over 3 weeks for a Habeas, his response was " the magistrate is still reviewing it". Apparently Judicial review of non judicial orders takes longer than 3 weeks but not in the common practice of judicial reviews of judicial orders.? Shouldn't the time to review non judicial orders be much less because we already know the orders are illegal, so judicial overview should be a much shorter window time on non judicial orders. Vincent's response fails the straight face test.
Trezevant v CITY OF TAMPA:741 F2d 336 (11th Cir. 1984) Unlawful Detainment $25,000.00 for every 23 minutes. Unlawful Detainment of T.C. from my custody without Due Process or evidence of a crime. For 12 years of Unlawful Detainment roughly is $7B.

People are sovereign and can only be tried in courts of law by fellow sovereigns and not bureaucrats, political tribunals, aka judges.
 The doctrine of sovereign Immunity is one of the Common Law immunities and defenses that are available to the Sovereign. Most of USC 26 is unlawful, USC 18 and 28 only apply to government agencies and commercial activities. The Penal Code within said codes do not apply

to the people, it only applies to government agencies commercial activities and in a court of law, the People can Nullify it.
In 1878 75 lawyers established the American Bar Assoc. An act of High Treason. Today the ABA holds a monopoly over the minds of the Federal and State Judiciaries, and attorneys that practice law in our country.

I adamantly refuse to have any corrupt liberal Bar Member doing a judicial review of my Habeas Corpus. Bar Members are not loyal to the judiciary or to "We The People". I demand independent third parties who do not represent the DEI community, and are not members of the Corrupt Bar Association. I demand Judicial overview from non Bar Members who are only loyal to We The People for Judicial review of unlawful Executive Branch Orders.

I am not a Corporate Fiction all caps name. I am a living man and I was never found guilty of a crime. I was never charged with a crime, I was never arrested for suspicion of a crime.
I can't possibly imagine Bar Members would rule against their own organization without repercussions or reprisal of some kind, or some kind of caveat. It hasnt happened yet in the 12 years of the child abuse they have been perpetuating.
I can't believe this NH District Court would place other Bar Members on this Habeas, when I clearly have the lawyers guild in my previous 42 usc 1983 complaints against the State.

Here are remarks from Judge Macaferty who also denied my case against the higher court case law. "She is a tremendously talented and successful lawyer, and she has an unwavering commitment to public service," said Chief Judge Landya McCafferty in a statement. "Her intellect, empathy, and experience, when combined with her measured and calm demeanor, will make her an outstanding judge."
Judge Saint-Marc is an active participant in her community. A graduate of the NHBA's Leadership Academy, she is the current chair of the NHBA's Diversity, Equity, and Inclusion Committee and has served on several other committees. She was highly involved at her former firm, known by her colleagues as "the labor and employment attorney" at the Manchester office. She has also been involved in many organizations over the years, including the New Hampshire Women's Bar Association,
Her commitment to fairness and justice serves as an enduring inspiration, lighting the way for those who will follow her path in pursuit of their own dreams.

ATTORNEY LICENSE FRAUD:
In 1950, the 81st Congress investigated the Lawyers Guild and determined that the B.A.R. Association is founded and run by communists under definition. Thus, any elected official that is a member of the B.A.R. will only be loyal to the B.A.R. and not the people.
Attorneys are considered FOREIGN AGENTS under the FOREIGN AGENTS REGISTRATION ACT (FARA) and are SUBJECTS of the BAR ASSOCIATION.

I. AS PER THE UNITED STATES SUPREME COURT:  A. The practice of Law CAN NOT be licensed by any state/State Schware v. Board of Examiners, 353 U.S. 238, 239.  B.

      The practice of Law is AN OCCUPATION OF COMMON RIGHT! Sims v. Aherns, 271 S.W. 720 (1925).

II. The "CERTIFICATE" from the State Supreme Court:  1. ONLY authorizes,  A. To practice Law "IN COURTS" As a member of the STATE JUDICIAL BRANCH OF GOVERNMENT. B. Can ONLY represent WARDS OF THE COURT.  2. INFANTS  3. PERSONS OF UNSOUND MIND SEE CORPUS JURIS SECUNDUM, VOLUME 7, SECTION 4. 4. A. "CERTIFICATE" IS NOT A LICENSE…  A. To practice Law AS AN OCCUPATION.  B. Nor to DO BUSINESS AS A LAW FIRM!!! The "STATE BAR" CARD IS NOT A LICENSE!!!  A. It is a "UNION DUES CARD"  B. The "BAR" is a "PROFESSIONAL ASSOCIATION."  1. Like the Actors Union, Painters Union, etc.  2. No other association, EVEN DOCTORS, issue their own license. ALL ARE ISSUED BY THE STATE.  C. It is a NON-GOVERNMENTAL PRIVATE ASSOCIATION.  1. See Attorney General Dan Morales' letter.  2. As per this letter; the State does not issue licenses and they are not issued by his office!

III. The State Bar is:  A. An Unconstitutional Monopoly, Article 1, Section 26, Texas Bill of Rights.  B. A ILLEGAL & CRIMINAL ENTERPRISE.  C. Violates Article 2, Section 1, Separation of Powers clause of the Constitution.  D. There is NO POWER OR AUTHORITY for joining of Legislative, Judicial, or Executive as the BAR and SUPREME COURT. https://www.collegesidekick.com/study-docs/1276669

Vincent, read this again and again and tell me I am not productive !!!!. Why do you think I have 16 judges for kidnapping and child abuse, and 3 of those judges are in your courthouse. So I say again, I will never stop being productive. If my executive branch orders from an unconstitutional court takes a very well seasoned magistrate judge 3 weeks to review when she already knows, is that none of my orders are judicial. This statement by Vincent shows his lack of ethical behavior and lack of situational awareness. Apparently VIncent didn't read my Habeas, because if he did, he wouldn't have acted like a child.

DEI is dead, The American people have spoken and removed the president who originated this insane decision to weaken America, the Judiciary included. Clear evidence has shown, these people are incompetent and weak individuals. Not fit for any Office.

9/30/2021 45. Elliott, Samantha D. District of New Hampshire WQ The American Bar Association rated Elliott Well qualified.[3]  Apparently being well qualified to be a part of that corrupt organization is just plain fantastic. Since 16 Bar Members have already committed kidnapping and child abuse against my biological offspring and removed him from my custody without Due Process or a Criminal Hearing in a court of competent jurisdiction, for the last 12 years I dont see how any Bar member would qualify to hear my Habeas. I demand an Immediate Habeas Hearing. It has been over 2 weeks since I filed this. This delay is also considered child abuse.

Respectfully Submitted,
UCC 1 308

Under Duress
Randall S Collier
26 Joslin Rd
Surry, NH
03431
603 803 2648

*[signature]*

Collier
26 Joslin Rd
Surry, NH
03431

MANCHESTER NH 030
3 FEB 2025   PM 1   L

NH District Court
55 Pleasant Street
ConCord, NH
03301

03301-395499