```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Randall Collier

    v.                                                        Case No. 25-cv-36-SE-TSM

NH Circuit Court Family Division, et al

## ORDER

    Plaintiff Randall Collier has filed a motion for reconsideration (Doc. No. 6) to the Report and Recommendation (R&R) which the Court construes as an objection to the R&R. So construed, I herewith approve the R&R of Magistrate Judge Talesha L. Saint-Marc dated March 24, 2025. For the reasons explained therein, I deny Mr. Collier's § 2241 Petition (Doc. No. 1), for lack of jurisdiction. All other pending motions are denied as moot.

    The clerk shall enter judgment and close this case.

                                                      Samantha D. Elliott
                                                      United States District Judge

Date: April 16, 2025

cc: Randall Collier, pro se