UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Randall Collier

    v.                                                  Case No. 25-cv-36-SE-TSM

NH Circuit Court Family Division, et al

JUDGMENT

In accordance with the Order by Judge Samantha D. Elliott dated April 16, 2025, approving the Report and Recommendation by Magistrate Judge Talesha L. Saint-Marc dated March 24, 2025, judgment is hereby entered.

                                                  By the Court:

                                                  /s/ Tracy A. Uhrin
                                                  Tracy A. Uhrin
                                                  Clerk of Court

Date: April 17, 2025

cc: Randall Collier, pro se